CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 6 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL HAMZA WALI MUHAMMAD, | ) | CASE NO. 7:15CV00541 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| EARL R. BARKSDALE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

As follows:

1. Plaintiff's motions for interlocutory injunctive relief (ECF Nos. 3 and 12) are **DENIED**;

2. Because plaintiff's claims under 42 U.S.C. § 1983 are frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), this civil action is **DISMISSED** without prejudice; and

3. The clerk **SHALL** strike the case from the active docket of the court.

ENTER: This 16th day of February, 2016.

/s/ Glen E. Conrad
Chief United States District Judge